## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CRIMINAL NO. 6:16MJ4 |
| MIKAEL JOHNSON | § | |

### ORDER

Comes now the Court and finds that probable cause has been established in the above captioned criminal action and Defendant, MIKAEL JOHNSON, is held over for a grand jury consideration.

So **ORDERED** and **SIGNED** this __8__ day of ____January____, 2016.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE